# Exhibit A

Please reply to:
P.O. Box 109032
Chicago, IL 60610
P: 877.285.4918
F: 818.888.1260
www.mandarichlaw.com
You may also contact us via email at
INFO@MANDARICHLAW.COM
Pay Online: www.PayMLG.com

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

August 11, 2025

PLEASE CONTACT THIS FIRM FOR
MORE ATTORNEYS ADMITTED TO
PRACTICE IN THE FOLLOWING STATES:
Alaska, California, Florida, Georgia,
Idaho, Illinois, Iowa, Kansas, Michigan,
Missouri, Nebraska, Nevada, New
York, North Carolina, Ohio, Oregon,
South Carolina, Virginia, Washington

OF COUNSEL
Thomas M. McGreal (CA, HI)



Angelica Suarez-Bahena

**Mandarich Law Group, LLP is a debt collector.** We are trying to collect a debt that you owe to Velocity Investments, LLC. We will use any information you give us to help collect the debt.

### Our information shows:

| | | |
|---|---|---|
| You had an account with Cross River Bank with account number _____ which is now owned by Velocity Investments, LLC. | | |
| As of 11/2/2022, you owed: | | See Attached |
| Between 11/2/2022 and today: | | |
| You were charged this amount in interest: | + | |
| You were charged this amount in fees: | + | |
| You paid or were credited this amount toward the debt: | − | |
| **Total amount of the debt now:** | | **$8,247.75** |

Reference No.: _____
Angelica Suarez-Bahena

### How can you dispute the debt?

- **Call or write to us by 9/20/2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 9/20/2025**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@mandarichlaw.com.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by **9/20/2025**, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept these requests electronically at info@mandarichlaw.com.
- Go to **www.cfpb.gov/debt-collection** **to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Pongase en contacto con nosotros para solicitor una copia de este formulario en espanol.

---

**Mail this form to:**
Mandarich Law Group, LLP
P.O. Box 109032
Chicago, IL 60610

Angelica Suarez-Bahena

### How do you want to respond?
*Check all that apply:*

☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information)

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount: $_____**
Make your check payable to Mandarich Law Group, LLP. Include the reference number 5296019.

☐ **Quiero esto formulario en español.**