# Exhibit B

ANGELICA SUAREZ-BAHENA



**USPS CERTIFIED MAIL**

9207 1902 3589 0900 0034 1515 50

MANDARICH LAW GROUP, LLP
PO BOX 109032
CHICAGO, IL 60610-9032

Angelica Suarez-Bahena<br>
Angelicasuarez171@yahoo.com<br>
786-818-3706

Mandarich Law Group, LLP
P.O 109032
Chicago, IL 60610

8/18/2025

To Whom It May Concern,

    I am in receipt of correspondence from your company dated August 11, 2025 initiated in an attempt to collect a debt from me. This letter serves as my formal request for your company to cease all communications with me. I am requesting that Mandarich Law Group, LLP stop contacting me through any medium, including, but not limited to, sending me any mail, e-mails, phone calls (including voicemails), text messages, and/or faxes. Additionally, I am disputing the debt that was referenced in your correspondence dated August 11, 2025 and the reference number associated with the debt that I am formally disputing is _____ with the Original Creditor, Cross River Bank.

Sincerely,

Angelica Suarez-Bahena