# Exhibit C

Please Reply To:
P.O. Box 109032 Chicago, IL 60610
P: 877.285.4918
F: 818.888.1260
www.mandarichlaw.com
You may also contact us via email at
INFO@MANDARICHLAW.COM

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
Alaska, California, Florida, Georgia, Idaho, Illinois, Iowa, Kansas, Michigan, Missouri, Nebraska, Nevada, New York, North Carolina, Ohio, Oregon, South Carolina, Virginia, Washington

OF COUNSEL
Thomas M. McGreal (CA, HI)

August 28, 2025

Angelica Suarez-Bahena

Current Creditor:            Velocity Investments, LLC
Our Account No.:
Original Creditor:           Cross River Bank
Original Creditor Account No.:

Dear Angelica Suarez-Bahena

Please be advised that we are in receipt of your request for verification of the above referenced debt. In accordance with Section 809(b) of the Fair Debt Collection Practices Act and any applicable state statutes, we have enclosed the requested verification of debt.

Please be advised that our firm may now continue its collection efforts accordingly; however, before we initiate legal action we would like to hear from you to resolve this matter. Please contact this office immediately so that we can discuss resolution.

Sincerely,

Teona Pipia, Esq. SB 343337
Sean Mifflin, Esq. SB 6311229
Hunter Masin, Esq. FBN 1028137
Maxwell Hamilton, Esq. FBN 95985
Martin Weingarten, Esq. SB 201906

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**