AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ANGELICA SUAREZ BAHENA
individually and on behalf of all those similarly situated,

*Plaintiff(s)*

v.     Civil Action No.  1:25-cv-25928-PCH

MANDARICH LAW GROUP, LLP,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MANDARICH LAW GROUP, LLP
C/O: Agent Authorized to Accept Service
6300 CANOGA AVENUE, SUITE 1700
WOODLAND HILLS , CA 91367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell D. Hansen ESQ
The Law Offices of Jibrael S Hindi
1515 NE 26th Street
Wilton Manors FL, 33305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 17, 2025



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts