**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION- HUCK
CASE NO. 1:25-cv-25928-PCH**

**ANGELICA SUAREZ BAHENA**
*individually and on behalf of all*
*those similarly situated***,**

       **Plaintiff,**

  **v.**

  **MANDARICH LAW GROUP, LLP,**

      **Defendant.**

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, John M. Marees, II of Messer Strickler Burnette, Ltd. enters his appearance as counsel for Defendant MANDARICH LAW GROUP, LLP in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0646
🖷 (904) 298-8350 (fax)

1

📧 lburnette@messerstrickler.com
📧 jmarees@messerstrickler.com
📧 rruiz@messerstrickler.com
📧 kprieto@messerstrickler.com
*Counsel for Defendant*

Dated: March 27, 2026

## **CERTIFICATE OF SERVICE**

I certify that on March 27, 2026, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
ROSAJUNELY CARTAGENA RUIZ, ESQUIRE
FL Bar No. 1069299
KYLIE M. PRIETO, ESQUIRE
FL Bar No. 1069651
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
☎ (904) 373-0646
🖷 (904) 298-8350 (fax)
📧 lburnette@messerstrickler.com
📧 jmarees@messerstrickler.com
📧 rruiz@messerstrickler.com
📧 kprieto@messerstrickler.com
*Counsel for Defendant*

Dated: March 27, 2026

2